STANLEY D. SALTZMAN (State Bar No. 90058)
MARLIN & SALTZMAN, LLP
29800 Agoura Road, Suite 210
Agoura Hills, California  91301
Telephone:  (818) 991-8080
Facsimile:   (818) 991-8081
ssaltzman@marlinsaltzman.com

PETER M. HART (State Bar No. 198691)
LAW OFFICES OF PETER M. HART
12121 Wilshire Blvd., Suite 725
Los Angeles, California  90025
Telephone:  (310) 207-0109
Facsimile:   (509) 561-6441
hartpeter@msn.com

Attorneys for Plaintiff Dennis Watts

Matthew W. Lampe (admitted *pro hac vice*)
Wendy C. Butler (admitted *pro hac vice*)
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone:  (212) 326-3939
Facsimile:   (212) 755-7306
mwlampe@jonesday.com
wbutler@jonesday.com

Attorneys for Defendant International Business Machines Corporation

E-FILED
MAY - 9 2019
Document # _____

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS WATTS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation,<br><br>Defendant. | Case No. 2:17-cv-05531 PSG-MRW<br><br>[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(ii) |

1

[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP RULE 41

**IT IS HEREBY ORDERED**, based on the parties' Stipulation, this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: 5/9/19

Hon. Philip S. Gutierrez
United States District Judge